# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MICHAEL J. MARTIN,

    Petitioner,    :    Case No. 3:19-cv-189

- vs -    District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

Warden,
  London Correctional Institution,

    :

    Respondent.

## RECOMMITTAL ORDER

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 29) to the Magistrate Judge's Report and Recommendations recommending dismissal of this case (ECF No. 22).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

March 23, 2020.

                                          Walter H. Rice
                                        United States District Judge